UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DENO,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>        Defendant(s). | CASE NO.:  2:17-cv-02520-MCE-DB<br><br>**ORDER ON STIPULATION TO VDRP**<br><br>Complaint Filed:  October 27, 2017<br>Trial Date:  Not yet set |

    PURSUANT TO LOCAL RULE 271, the parties agree to submit the above entitled action to the Voluntary Dispute Resolution Program.

    PURSUNAT TO LOCAL RULE 271 (i):

    (A) The parties propose the VDRP process will be completed within 120 days of the signing of this order, and the Neutral will file confirmation of that completion within 160 days;

    (B) No modifications or additions to the case management plan are anticipated by the parties;

(C) The only pretrial activities to be completed prior to the VDRP session is written discovery, which is already completed by each party. Depositions are stayed until the completion of the VDRP process.

Dated: April 27, 2018 /s/ James A. Clark
James A. Clark, SBN 278372
Attorney for Plaintiff DENO

Dated: April 27, 2018 /s/ Nathaniel H. Jenkins
Nathaniel H. Jenkins, SBN 312067
Attorney for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE