James A. Clark, State Bar No. 278372
  james.clark@towerlegalgroup.com
Renee N. Parras, State Bar No. 283441
  renee.parras@towerlegalgroup.com,
**TOWER LEGAL GROUP, P.C.**
1510 J Street, Suite 125
Sacramento, CA 95814
Telephone: 916.361.6009
Facsimile: 916.361.6019

Attorneys for Plaintiff
AMANDA DENO


Barbara A. Blackburn, State Bar No. 253731
  bblackburn@littler.com
Nate Jenkins, State Bar No. 312067
  njenkins@littler.com
**LITTLER MENDELSEN, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830-7200
Facsimile: 916.471.0171

Attorneys for Defendant
Educations Credit Management Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DENO, | Case No. 2:17-cv-02520-MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |
| v. | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, A Minnesota Corporation; AND DOES 1-25, Inclusive, | Complaint Filed: October 27, 2017<br>Trial Date: TBD |
| Defendant. | |

Plaintiff Amanda Deno ("Plaintiff") and Defendant Educational Credit Management Corporation ("Defendant") hereby stipulate through their counsel of record that the above-captioned action be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: February 1, 2019         TOWER LEGAL GROUP, P.C.


                                By: */s/ James A. Clark*
                                    James A. Clark
                                    Renee N. Parras

                                Attorneys for Plaintiff
                                AMANDA DENO


DATED: February 1, 2019         LITTLER MENDELSEN, P.C.


                                By: */s/ Barbara A. Blackburn*
                                    Barbara Blackburn
                                    Nathaniel Jenkins

                                Attorneys for Defendant
                                Educational Credit Management Corporation

# ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE